
RECEIVED
APR 8 2016
JULIE RICHARDS JOHNSTON
US DISTRICT COURT, EDNC
QR

# Memorandum

ROBINSON
BRADSHAW

5:16-MC-10-RJ

**TO:** Donna Rudd

**FROM:** Marilyn B. Baucom – 704.377.8120

**DATE:** April 7, 2016

**RE:** *William Sorrell, et al. (Movant) v. Bayer CropScience (Respondent)/*New Miscellaneous Matter;
Underlying Case: District of Vermont Case No. 5:14cv117

I enclose for filing an original and 2 copies of each of the following on behalf of Movant William Sorrell, et al.:

1. Motion to Compel;

2. Memorandum in Support of Motion to Compel;

3. Motion to Transfer;

4. Memorandum in Support of Motion to Transfer;

5. Civil Action Coversheet;

6. Notice of Appearance of Robert Harrington;

7. Notice of Special Appearance of Kyle Landis-Marinello; and

8. Notice of Special Appearance of Naomi Sheffield.

I have also enclosed a check in the amount of $46.00 for the filing of same. Lastly, I have enclosed a disk of these filings in case that might help you with upload.

Thank you very much for your help.

ROBINSON, BRADSHAW & HINSON, P.A. : robinsonbradshaw.com
Charlotte Office : 101 N. Tryon St., Ste. 1900, Charlotte, NC 28246 : 704.377.2536