UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Misc. Case No. 5:16-MC-10-RJ

| | |
|---|---|
| WILLIAM H. SORRELL, in his official capacity as the Attorney General of Vermont; PETER E. SHUMLIN, in his official capacity as Governor of Vermont; HARRY L. CHEN, in his official capacity as Commissioner of the Vermont Department of Health; and JAMES B. REARDON, in his official capacity as Commissioner of the Vermont Department of Finance and Management,<br><br>Movants,<br><br>v.<br><br>BAYER CROPSCIENCE,<br><br>Respondent. | **NOTICE OF APPEARANCE OF ROBERT E. HARRINGTON** |

FILED
APR - 8 2016
JULIE RICHARDS JOHNSTON, CLERK
BY US DISTRICT COURT, EDNC
DEP CLK

Robert E. Harrington, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear, pursuant to LR 83.1(d), as counsel on behalf of Movants William H. Sorrell, Peter E. Shumlin, Harry L. Chen and James B. Reardon, along with Kyle H. Landis-Marinello and Naomi Sheffield, Assistant Attorneys General of the State of Vermont, who will file notices of special appearance pursuant to LR 83.1(e). Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Harrington, Mr. Landis-Marinello and Ms. Sheffield through the CM/ECF electronic filing system or the address listed below.

This 7th day of April, 2016.

Respectfully submitted,

/s/
Robert E. Harrington
N.C. Bar No. 26927
rharrington@robinsonbradshaw.com
**ROBINSON BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
*Local Rule 83.1 Counsel for Movants*

Kyle H. Landis-Marinello
Naomi Sheffield
Assistant Attorneys General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3186
*Local Rule 83.1(e) Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served the foregoing on the following via Certified Mail, Return Receipt Requested and First Class U. S. mail as follows:

*Non-Party Respondent:*

Bayer CropScience
2 TW Alexander Drive.
Research Triangle Park, NC 27709

Additionally, I hereby certify that on this day, I served the foregoing on the following via First Class U. S. mail and electronic mail as follows:

*Attorneys for Non-Party Respondent:*

Karen Ellis Carr, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, D.C. 20006

*Attorneys for Plaintiffs in Vermont Action:*

Catherine E. Stetson, Esq.
E. Desmond Hogan, Esq.
Mary H. Wimberly, Esq.
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004

Matthew B. Byrne
Gravel & Shea PC
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT 05402-0369

This 7th day of April, 2016.

                                      /s/
Robert E. Harrington
N.C. Bar No. 26927
rharrington@robinsonbradshaw.com
**ROBINSON BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone:  (704) 377-2536
Facsimile:  (704) 378-4000
*Local Civil Rule 83.1 Counsel for Movants*